

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT  06103 | New Haven, CT  06510 | Bridgeport, CT  06604 |
| Phone:  860.240.3200 | Phone:  203.773.2140 | Phone:  203.579.5861 |
| Fax:  860.240.3211 | Fax:  203.773.2334 | Fax:  203.579.5867 |

**Dinah Milton Kinney**
Clerk

**Monica Watson Cucchiarelli**
Chief Deputy Clerk

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, New Haven

**Joanne Pesta**
Division Manager, Bridgeport

**Michael Bozek**
Division Manager, Hartford

**Michelle Rynne**
Operations Analytics Manager &
Courthouse Construction Liaison

December 22, 2025

To: Connecticut State Court, Judicial District of Stamford/Norwalk

District Court Case: 3:25-cv-00689-VDO

State Court Case:  FST-CV25-6072839-S

### NOTICE TO CLERK

Dear Clerk,

On ___December 12, 2025___, the above refenced civil case was remanded back to your Court. We transmitted electronic notice of the remand to you on ___12/22/25___, and are now including a certified copy of the order pursuant to 28 U.S.C. Section 1447(c).

If you have any questions, feel free to reach out to a member of the Clerk's Office at any of the three phone numbers listed at the top of this letter.


Dinah Milton Kinney, Clerk


By: _/s/ Nicola Kelsey_____
       Deputy Clerk

12/15/25